PROB 12C
(7/93)

Report Date: January 26, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 6 2011

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ana Maria Zazueta-Bueno      Case Number: 2:08CR00137-018

Address of Offender: ███████████████ Kennewick, WA 99336

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/6/2009

| | | | |
|---|---|---|---|
| Original Offense: | False Representation of a Social Security Account Number; 42 U.S.C. § 408(a)(7)(B) | | |
| Original Sentence: | Prison - 276 Days; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | 7/9/2009 |
| Defense Attorney: | Gloria Ochoa | Date Supervision Expires: | 7/8/2012 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Ana Maria Zazueta-Bueno is considered in violation of her supervised release by failing to report to the U.S. Probation Office as required if she reenters the U.S., and/or if she has not left the U.S. as required. |
| | Ms. Zazueta-Bueno received credit for time served for her instant Federal offense and was transferred to the custody of immigration authorities. She was released by the Immigration Court on August 31, 2009, and initially failed to report to the U.S. Probation Office as required. This officer was notified on October 21, 2009, that Ms. Zazueta-Bueno had been released pending her immigration hearings. She was contacted and began her term of supervision on October 28, 2009. |
| | On July 7, 2010, the Immigration Court ordered the defendant be deported/removed from the U.S., and gave Ms. Zazueta-Bueno until August 6, 2010, to leave the U.S. The defendant advised this officer that she would be leaving the country by bus on August 6, 2010, and she provided a copy of her Greyhound bus ticket itinerary. Sometime thereafter, this officer |

Prob12C  
Re: Zazueta-Bueno, Ana Maria  
January 26, 2011  
Page 2

received a postcard and the defendant's bus boarding pass in an envelope addressed with Ms. Zazueta-Bueno's name and postmarked from Mazatlan, Sinaloa, Mexico.

In September 2010, this officer received information from a probationer that Ms. Zazueta-Bueno had been seen in a local grocery store in Pasco, Washington. The probationer advised the defendant had cut her hair and was not immediately recognizable, but then waved at the probationer from a distance. At that time, there was insufficient corroborating evidence to determined with any certainty that Ms. Zazueta-Bueno had actually left the U.S., and/or returned to the U.S. Verification was received from an Immigration and Customs Enforcement (ICE) agent advising there was no record that Ms. Zazueta-Bueno had her immigration documents processed by ICE or the Mexican consulate to confirm she left the U.S., which could mean she never left the U.S., or just never had her documents processed to verify her departure.

It was confirmed; however, that the defendant's children continued to attend school in Pasco and had a guardian named Rosario Farias. Ms. Farias was contacted by this officer in November 2010. She advised that the children did not live with her, but her address was being used by them. Ms. Farias indicated she thought the defendant was in the Pasco area, but was unsure where she was living.

Most recently this officer spoke to a different probationer who also advised Ms. Zazueta-Bueno was known to be residing in the Pasco, but her address was unknown. ICE has also been re-contacted and has confirmed the defendant still has not had her immigration documents processed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/26/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Other

_____  
Signature of Judicial Officer

Jan 26, 2011  
Date